

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____-CIV

BROADCAST MUSIC, INC.; RICK'S MUSIC,
INC.; STEVE GREENBERG d/b/a RED SEA
SONGS; SONY/ATV SONGS LLC; THE
BERNARD EDWARDS COMPANY, LLC;
UNICHAPPELL MUSIC INC.; ZELLA MUSIC, a
division of UNIDISC MUSIC INC.; JAMES
RICHARD STEINMAN d/b/a LOST BOYS
MUSIC; DEVO, INC. d/b/a DEVO MUSIC; EMI
VIRGIN SONGS, INC.; JOHN A. FOGARTY
d/b/a TAKING CARE OF BUSINESS MUSIC;
SONGS OF UNIVERSAL, INC.; BRADLEY
KIRK ARNOLD, ROBERT TODD HARRELL,
MATTHEW DARRICK ROBERTS and
CHRISTOPHER LEE HENDERSON, a
partnership d/b/a ESCATAWPA SONGS;
FOREIGN IMPORTED PRODUCTIONS &
PUBLISHING, INC.; and BARKAY MUSIC, a
division of BAR-KAYS PROD. CO., INC.,

    Plaintiffs,

v.

PUCK PRODUCTIONS, INC. d/b/a CLUB
OZONE and EDWARD O'REILLY, individually,

    Defendants.
_____/



## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 S.E. Second Street - Miami - Florida  33131-9101 - (305) 530-0050



## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 4.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Upon information and belief, Defendant Puck Productions, Inc. is a corporation organized and existing under the laws of the state of Florida which operates, maintains and controls an establishment known as Club Ozone, located at 6620 S.W. 57th Avenue, Miami, Florida 33143, in this district. In connection with the operation of this

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 S.E. Second Street - Miami - Florida 33131-9101 - (305) 530-0050

2

business, Defendant Puck Productions, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

6. Upon information and belief, Defendant Edward O'Reilly is an officer of Defendant Puck Productions, inc. with primary responsibility for the operation and management of that corporation.

7. Upon information and belief, Defendant Edward O'Reilly has the right and ability to supervise the activities of Defendant Puck Productions, Inc. and a direct financial interest in that corporation.

## CLAIMS OF COPYRIGHT INFRINGEMENT

8. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 7.

9. Plaintiffs allege ten (10) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

10. Annexed as the Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the ten (10) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 S.E. Second Street - Miami - Florida 33131-9101 - (305) 530-0050

3

providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the name of the establishment where the infringement occurred (all references to "Lines" are to lines on the Schedule).

11. Each of the musical compositions identified on the Schedule, Line 2, was created by the persons named on Line 3.

12. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

13. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

14. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of Club Ozone without a license or permission to do so. Thus, Defendants have committed copyright infringement.

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 S.E. Second Street - Miami - Florida  33131-9101 - (305) 530-0050

4

15.  Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from Plaintiff BMI that the performance on the premises of the Club Ozone, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

16.  The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at Club Ozone, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that:

(I)  Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II)  Defendants be ordered to pay statutory damages per claim of infringement, pursuant to 17 U.S.C. Section 504(c);

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 S.E. Second Street - Miami - Florida  33131-9101 - (305) 530-0050

5

(III)   Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV)   That Plaintiffs have such other and further relief as is just and equitable.

Dated: July 3, 2001.

By: /s/ Jason M. Murray
JASON M. MURRAY
Florida Bar No. 912336
CARLTON FIELDS, P.A.
4000 International Place
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055
E-Mail: jmurray@carltonfields.com

- and -

C. DOUGLAS MCDONALD, JR.
Florida Bar No. 296538
CARLTON FIELDS, P.A.
One Harbour Place
777 South Harbour Island Blvd.
P.O. Box 3239
Tampa, Florida 33601-3239
Telephone: (813) 223-7000
E-mail: dmcdonald@carltonfields.com

**Attorney for Plaintiffs**

# **SCHEDULE**

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Funkytown |
| Line 3 | Writer(s) | Steve Greenberg |
| Line 4 | Publisher Plaintiff(s) | Rick's Music, Inc.; Steve Greenberg d/b/a Red Sea Songs |
| Line 5 | Date(s) of Registration | 1/3/80 |
| Line 6 | Registration No(s). | PAu 167-962 |
| Line 7 | Date(s) of Infringement | 9/30/00    12/17/00 |
| Line 8 | Place of Infringement | Club Ozone |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | I'm Coming Out |
| Line 3 | Writer(s) | Bernard Edwards; Nile Rodgers |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company, L.L.C., |
| Line 5 | Date(s) of Registration | 8/4/80 |
| Line 6 | Registration No(s). | PA 75-954 |
| Line 7 | Date(s) of Infringement | 9/30/00    12/16/00 |
| Line 8 | Place of Infringement | Club Ozone |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Shame |
| Line 3 | Writer(s) | John H. Fitch; Reuben Cross |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc.; Zella Music, a division of Unidisc Music Inc. |
| Line 5 | Date(s) of Registration | 7/28/77 |
| Line 6 | Registration No(s). | Ep 372766 |
| Line 7 | Date(s) of Infringement | 12/16/00 |
| Line 8 | Place of Infringement | Club Ozone |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Total Eclipse Of The Heart |
| Line 3 | Writer(s) | Jim Steinman |
| Line 4 | Publisher Plaintiff(s) | James Richard Steinman d/b/a Lost Boys Music |
| Line 5 | Date(s) of Registration | 8/8/83 |
| Line 6 | Registration No(s). | PA 182-428 |
| Line 7 | Date(s) of Infringement | 12/16/00 |
| Line 8 | Place of Infringement | Club Ozone |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Whip It |
| Line 3 | Writer(s) | Gerald V. Casale; Mark Mothersbaugh |
| Line 4 | Publisher Plaintiff(s) | Devo, Inc. d/b/a Devo Music; EMI Virgin Songs, Inc. |
| Line 5 | Date(s) of Registration | 10/14/80 |
| Line 6 | Registration No(s). | PA 90-911 |
| Line 7 | Date(s) of Infringement | 9/30/00 |
| Line 8 | Place of Infringement | Club Ozone |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | You Dropped A Bomb On Me |
| Line 3 | Writer(s) | Lonnie Simmons; Charlie Wilson; Rudy Taylor |
| Line 4 | Publisher Plaintiff(s) | John A Fogarty d/b/a Taking Care Of Business Music |
| Line 5 | Date(s) of Registration | 5/20/82 |
| Line 6 | Registration No(s). | PAu 403-085 |
| Line 7 | Date(s) of Infringement | 12/17/00 |
| Line 8 | Place of Infringement | Club Ozone |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Kryptonite |
| Line 3 | Writer(s) | Bradley Kirk Arnold; Robert Todd Harrell; Matthew Darrick Roberts |
| Line 4 | Publisher Plaintiff(s) | Songs Of Universal, Inc.; Bradley Kirk Arnold, Robert Todd Harrell, Matthew Darrick Roberts and Christopher Lee Henderson, a partnership d/b/a Escatawpa Songs |
| Line 5 | Date(s) of Registration | 2/28/00 |
| Line 6 | Registration No(s). | PAu 2-480-972 |
| Line 7 | Date(s) of Infringement | 10/1/00 |
| Line 8 | Place of Infringement | Club Ozone |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Everybody Dance |
| Line 3 | Writer(s) | Bernard Edwards, Nile Rodgers |
| Line 4 | Publisher Plaintiff(s) | Sony/Atv Songs LLC; The Bernard Edwards Company, L.L.C. |
| Line 5 | Date(s) of Registration | 6/22/81 |
| Line 6 | Registration No(s). | PA 110-218 |
| Line 7 | Date(s) of Infringement | 12/16/00 |
| Line 8 | Place of Infringement | Club Ozone |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Oye |
| Line 3 | Writer(s) | Foreign Imported Productions & Publishing, Inc. |
| Line 4 | Publisher Plaintiff(s) | Foreign Imported Productions & Publishing, Inc. |
| Line 5 | Date(s) of Registration | 3/13/98  3/16/98 |
| Line 6 | Registration No(s). | PAu 2-290-365  PAu 2-293-741 |
| Line 7 | Date(s) of Infringement | 12/17/00 |
| Line 8 | Place of Infringement | Club Ozone |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Shake Your Rump to the Funk |
| Line 3 | Writer(s) | Larry Dodson, James Alexander, Michael Beard, Winston Stewart, Lloyd Smith, Charles Allen, Harvey Henderson, Frank Thompson |
| Line 4 | Publisher Plaintiff(s) | Barkay Music, a division of Bar-Kays Prod. Co., Inc. |
| Line 5 | Date(s) of Registration | 5/2/77 |
| Line 6 | Registration No(s). | Ep 368271 |
| Line 7 | Date(s) of Infringement | 12/16/00 |
| Line 8 | Place of Infringement | Club Ozone |

| VII. REQUESTED IN COMPLAINT: | CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23 | ☐ CLASS ACTION | DEMAND$ _____ | ☐ Check YES only if demanded in complaint. JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See Instructions): | JUDGE _____ | | DOCKET NUMBER _____ |

| DATE 7/3/01 | SIGNATURE OF ATTORNEY OF RECORD [signature] | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT S/F 1-2 REV. 9/94 | FOR OFFICE USE ONLY: Receipt No. 845000 Date Paid: 7/3/01 | Amount: 150.00 | M/ifp: _____ |

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs - Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U. S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U. S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) **Attorneys.** Enter firm name, address, telephone number, and attorney or record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8 (a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**V. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**VI. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Refiled. (4) Check this box for cases refiled in the district court. Attach copy of order.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purposes of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**1 (a) PLAINTIFFS**
BROADCAST MUSIC, INC.; RICK'S MUSIC,) INC.; STEVE GREENBERG d/b/a RED SEA) SONGS; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY, LLC; UNICHAPPELL MUSIC INC.; ZELLA MUSIC, a division of UNIDISC MUSIC INC.; JAMES RICHARD STEINMAN d/b/a LOST BOYS MUSIC; DEVO, INC. d/b/a DEVO MUSIC; EMI VIRGIN SONGS, INC.; JOHN A. FOGARTY d/b/a TAKING CARE OF BUSINESS MUSIC; SONGS OF UNIVERSAL, INC.; BRADLEY KIRK ARNOLD, ROBERT TODD HARRELL, MATTHEW DARRICK ROBERTS and CHRISTOPHER LEE HENDERSON, a partnership d/b/a ESCATAWPA SONGS; FOREIGN IMPORTED PRODUCTIONS & PUBLISHING, INC.; and BARKAY MUSIC, a division of BAR-KAYS PROD. CO., INC.

**DEFENDANTS**
PUCK PRODUCTIONS, INC. d/b/a CLUB OZONE and EDWARD O'REILLY, Individually

COUNTY OF RESIDENCE OF LISTED DEFENDANT Miami-Dade County, Florida
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** New York, NY
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**

JASON M. MURRAY
Florida Bar No. 912336
CARLTON FIELDS, P.A.
4000 International Place
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-Mail: jmurray@carltonfields.com

C. DOUGLAS MCDONALD, JR.
Florida Bar No. 296538
CARLTON FIELDS, P.A.
One Harbour Place
777 South Harbour Island Blvd.
Tampa, Florida 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
E-Mail: dmcdonald@carltonfields.com

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
**DADE,** MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 US Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizenship of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

17 U.S.C. SECTIONS 101 ET SEQ. THIS IS A SUIT FOR COPYRIGHT INFRINGEMENT

**IVa.** _____ days estimated (for both sides) to try entire case

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS PERSONAL INJURY | TORTS PERSONAL INJURY | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICCRates/etc B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patents | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans(Excl Veterans)B | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending B | ☐ 690 Other | **B SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **A LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor Management Relations B | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| | | | ☐ 790 Other Labor Litigation | **A FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 791 Employee. Ret. Inc. Security Act B | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure B | ☐ 442 Employment | | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General * | | | ☐ 890 Other Statutory Actions * A or B |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Refiled
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

(rev 06/90)