UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

01 AUG 27 PM 3:27

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 01-2907 CIV-MIDDLEBROOKS

BROADCAST MUSIC, INC.; RICK'S MUSIC, INC.; STEVE GREENBERG d/b/a RED SEA SONGS; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY, LLC; UNICHAPPELL MUSIC INC.; ZELLA MUSIC, a division of UNIDISC MUSIC INC.; JAMES RICHARD STEINMAN d/b/a LOST BOYS MUSIC; DEVO, INC. d/b/a DEVO MUSIC; EMI VIRGIN SONGS, INC.; JOHN A. FOGARTY d/b/a TAKING CARE OF BUSINESS MUSIC; SONGS OF UNIVERSAL, INC.; BRADLEY KIRK ARNOLD, ROBERT TODD HARRELL; MATTHEW DARRICK ROBERTS and CHRISTOPHER LEE HENDERSON, a partnership d/b/a ESCATAWPA SONGS; FOREIGN IMPORTED PRODUCTIONS & PUBLISHING, INC. and BARKAY MUSIC, a division of BAR-KAYS PROD. CO., INC.,

    Plaintiffs,

vs.

PUCK PRODUCTIONS, INC. d/b/a CLUB OZONE and EDWARD O'REILLY, individually,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

The parties having resolved this matter on mutually satisfactory terms, Plaintiffs

CASE NO. 01-2907 CIV-MIDDLEBROOKS

hereby dismiss this action with prejudice.

Respectfully submitted,

By: _____
JASON M. MURRAY
Florida Bar No. 912336
CARLTON FIELDS, P.A.
4000 International Place
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile:   (305) 530-0055
E-Mail: jmurray@carltonfields.com

- and –

C. DOUGLAS MCDONALD, JR.
Florida Bar No. 296538
CARLTON FIELDS, P.A.
One Harbour Place
777 South Harbour Island Blvd.
P.O. Box 3239
Tampa, Florida 33601-3239
Telephone: (813) 223-7000
E-mail: dmcdonald@carltonfields.com
***Attorney for Plaintiffs***

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished via U.S. First Class Mail upon: **LOUIS J. TERMINELLO, ESQ.,** Terminello & Terminello, P.A., 2700 SW 37 Avenue, Miami, Florida 33133; and **EDWARD O'REILLY, PRESIDENT**, Puck Productions, Inc., 6620 SW 57 Avenue, S. Miami, Florida 33143 on this 27th day of August, 2001.

_____
JASON M. MURRAY

2

MIA:2146033