**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUG 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Case No. 01-02907-CIV-MIDDLEBROOKS

BROADCAST MUSIC, INC., et al.,

      Plaintiffs,

v.

PUCK PRODUCTIONS, INC., et al.,

      Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon Plaintiffs' Notice of Dismissal with Prejudice (DE#10), filed August 27, 2001. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE.

It is further ORDERED that this case is CLOSED, and that all pending motions are thereby DENIED AS MOOT.

DONE AND ORDERED in Chambers, at Miami, Florida, this 27 day of August 2001.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE